# EXHIBIT 1

Goodsell Quinn, LLP
246 Founders Park Drive, Suite 201
Rapid City, SD 57701

*Invoice submitted to:*

Lead GHR Enterprises, Inc., File

September 26, 2017　　　　　　　　　　File #　2926
Invoice #　1　　　　　　　　　　　　　Re:　Lead GHR Enterprises, Inc. v.
　　　　　　　　　　　　　　　　　　　　American States Insurance Company
　　　　　　　　　　　　　　　　　　　　(retaining wall)
　　　　　　　　　　　　　　　　　　　　GQ Case No. 2926

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/25/2017 | Nathan R. Oviatt | First draft of Plaintiff's First Motion to Compel; | 3.00 | $675.00 |
| 08/18/2017 | Nathan R. Oviatt | Email Berglund confirming no compensation/salary/bonus information in production; | 0.10 | $22.50 |
| 08/19/2017 | Nathan R. Oviatt | Email from Berglund re: coded information for compensation/salary/bonus; | 0.10 | $22.50 |
| 08/21/2017 | Nathan R. Oviatt | Email Berglund re: codes to decipher compensation/salary/bonus; | 0.10 | $22.50 |
| 08/25/2017 | Nathan R. Oviatt | Multiple e-mails with Berglund attempting to resolve the dispute over production of documents; | 0.20 | $45.00 |
| 08/29/2017 | Nathan R. Oviatt | Research and edits to Plaintiff's First Motion to Compel Production of Documents, Memorandum in Support of Plaintiff's First Motion to Compel Production of Documents, Affidavit of Nathan R. Oviatt and Certificate of Good Faith Effort to Meet and Confer; | 4.00 | $900.00 |
| 08/30/2017 | Nathan R. Oviatt | Revisions to and final draft of Plaintiff's First Motion to Compel Production of Documents, Memorandum in Support of Plaintiff's First Motion to Compel Production of Documents, Affidavit of Nathan R. Oviatt and Certificate of Good Faith Effort to Meet and Confer; | 1.00 | $225.00 |
| 09/13/2017 | Nathan R. Oviatt | Review of Scheduling Order (Motion Hearing on 9.25.17) and Discovery Chart; First draft of Discovery Dispute Form and e-mail to attorney Berglund; | 0.50 | $112.50 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/2017 | Nathan R. Oviatt | Multiple e-mails with attorney Berglund re: Discovery Dispute Form; review Berglund's addition to the form; e-mail final Discovery Dispute Form to Judge Wollmann; | 0.20 | $45.00 |
| 09/20/2017 | Nathan R. Oviatt | Receipt and review of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Compel; Motion to Bifurcate and Declaration of Daniel W. Berglund in Support of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Compel and in Support of Defendant's Motion to Bifurcate; Research; | 2.00 | $450.00 |
| 09/24/2017 | Nathan R. Oviatt | Research and first draft of Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Compel Production of Documents and Response to Defendant's Motion to Bifurcate Discovery; | 2.50 | $562.50 |
| 09/25/2017 | Nathan R. Oviatt | Revisions to and final draft of Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Compel Production of Documents and Response to Defendant's Motion to Bifurcate Discovery; | 0.50 | $112.50 |
| 09/25/2017 | Nathan R. Oviatt | Preparation for Hearing on Plaintiff's First Motion to Compel Discovery; | 1.00 | $225.00 |
| 09/25/2017 | Nathan R. Oviatt | Hearing on Plaintiff's First Motion to Compel Discovery; | 0.50 | $112.50 |
| **For professional services rendered** | | | **15.70** | **$3,532.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Nathan R. Oviatt | 15.70 | 225.00 | $3,532.50 |

### Additional Charges

| | Amount |
|---|---|
| SD 6.5% Sales Tax on Attorney's Fees | $229.61 |
| **Total costs** | **$229.61** |
| **Total amount of this bill** | **$3,762.11** |
| Balance due | $3,762.11 |